# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## STATESVILLE DIVISION
Case No.: 5:05-cv-00284

MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,

    Plaintiffs,

v.

CRYSTAL LATTIMORE,

    Defendant.

**ORDER**

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

.Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the fourteen sound recordings listed in Exhibit A to the Complaint. Accordingly, having been

1

adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Ten Thousand Five Hundred Dollars ($10,500.00).

1. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Dollars Three Hundred Seventy Five Dollars. ($ 375.00).

2. Defendant further shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Don't Ever Want to See You Again," on album "Uncle Sam," by artist "Uncle Sam" (SR# 252-008);
- "Take It to da House," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- ". . . And On," on album "Mama's Gun," by artist "Erykah Badu" (SR# 295-614);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "All Or Nothing," on album "O-Town," by artist "O-Town" (SR# 294-872);
- "Let's Wait Awhile," on album "Control," by artist "Janet Jackson" (SR# 69-529);
- "I Believe In You And Me," on album "Preacher's Wife Soundtrack," by artist "Whitney Houston" (SR# 242-260);
- "Right Here," on album "It's About Time," by artist "SWV" (SR# 146-905);

- "These Are The Times," on album "Enter the Dru," by artist "Dru Hill," (SR# 290-402),
- "U Can't Touch This," on album "Please Hammer Don't Hurt 'Em" by artist MC Hammer," (SR# 133-683),
- "Can U Help Me," on album "8701," by artist "Usher," (SR# 307-207),
- "Stick Em Up," on album "Back For the First Time," by artist "Ludacris," (SR# 289-433),
- "Stop in Nevada," on album "Piano Man," by artist "Billy Joel,"(SR# N-12214),
- "Rain" on album "Release Some Tension" by artist "SWV" (SR# 249-300)

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed: August 29, 2007

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge